FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 1 8 2012 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
    United States of America    :
                                 :
                                 :
    - against -    :    CR 11-0757(SLT) (JO)
                                 :
    Richard Phillips    :
                                 :
-------------------------------------------------------x
**JAMES ORENSTEIN, U.S.M.J.:**

## CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES MAGISTRATE JUDGE JAMES ORENSTEIN

      United States Magistrate Judge James Orenstein has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge James Orenstein. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

      After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge James Orenstein.

_____
Defendant

_____
Attorney for the Defendant

Loretta E. Lynch
United States Attorney, E.D.N.Y.

By: _____
Assistant United States Attorney
Seth DuCharme

Dated: ___1/18/12___
Brooklyn, New York