**DOCKET NUMBER:** <u>CR 11-0757 (SLT)</u>

**CRIMINAL CAUSE FOR Pleading**

**BEFORE JUDGE:** <u>James Orenstein, USMJ</u>   **DATE:** <u>1/18/2012</u>   **TIME IN COURT** <u>20</u> **MINS**

**DEFENDANT'S NAME:** <u>Richard Phillips</u>   **DEFENDANT'S #:** <u>1</u>
☒   Present   ❏   Not Present        ☒   Custody        ❏   Not Custody

**DEFENSE COUNSEL:** <u>Florian Miedel</u>
❏   Federal Defender   ☒   CJA        ❏   Retained

**A.U.S.A.:** <u>Seth DuCharme</u>

**CASE MANAGER OR MAGISTRATE CLERICAL:** <u>Alicia Guy</u>

**FTR:** <u>2:11 - 2:28</u>

☒   Case Called
☒   Change of Plea Hearing (*~Util-Plea Entered*)
☒   Deft. Sworn and Informed of Rights
☒   Deft. Withdraws Not Guilty Plea and Enters a Plea of Guilty to Count 1 of the Indictment
☒   Court Finds Factual Basis for the Plea
☒   Deft. Continued in Custody
☒   Sentencing will be scheduled by District Judge Townes
☒   Transcript Ordered

**UTILITIES**

☒   ~Util-Plea Entered   ❏   ~Util-Add terminate Attorneys   ❏   ~Util-Bond Set/Reset
❏   ~Util-Ex parte Matter   ❏   ~Util-Indictment Unsealed
❏   ~Util-Information Unsealed

**Do these minutes contain ruling(s) on motion(s)?** ❏   YES   ☒   NO

**TEXT:** Pursuant to Federal Rule of Criminal Procedure 11, the Magistrate Judge did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The Magistrate Judge recommends that the plea of guilty be accepted.